# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

JOHN DOE, et al.,

        Plaintiffs,

   v.

BRIGHTCHAMPS EDTECH LLC,

        Defendant.

Case No.  26-cv-01865-BLF

**ORDER RE DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

[Re: ECF No. 26]

Defendant has filed an opposition to Plaintiffs' motion for default judgment in which it indicates having previously submitted a motion to set aside clerk's entry of default.  ECF No. 26 at 1.  The Court advises Defendant that no motion to set aside default has been filed.

**IT IS SO ORDERED.**

Dated:  July 7, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California