**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

|  |  |
|---|---|
| JOHN DOE, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>BRIGHTCHAMPS EDTECH LLC,<br><br>    Defendant. | Case No.  26-cv-01865-BLF<br><br>**ORDER ADMONISHING DEFENDANT REGARDING COMPLIANCE WITH STANDING ORDERS; AND CLARIFYING BRIEFING DEADLINES**<br><br>[Re:  ECF No. 29] |

Defendant has submitted a motion to set aside default that fails to comply with this Court's standing orders because it exceeds the allowed page limits.  *See* Standing Order re Civil Cases § IV.A.4.  The Court will accept the nonconforming filing and DIRECTS Defendant to comply with the Court's standing order for all future filings.

Furthermore, the docket entry associated with the motion states that the opposition brief is due by November 5, 2026, and the reply brief is due by November 12, 2026.  That is inaccurate. Under Civil Local Rule 7-3, an opposition to a motion "must be filed and served not more than 14 days after the motion was filed."  Civil L.R. 7-3(a).  The reply to an opposition "must be filed and served not more than 7 days after the opposition was due."  Civil L.R. 7-3(c).  Thus, Plaintiff SHALL file any opposition brief by July 22, 2026, and Defendant SHALL file any reply brief by July 29, 2026.

Dated:  July 13, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California