# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

JOHN DOE, et al.,

        Plaintiffs,

v.

BRIGHTCHAMPS EDTECH LLC,

        Defendant.

Case No.  26-cv-01865-BLF

**ORDER GRANTING IN PART PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE AN OVERSIZE OPPOSITION BRIEF; AND RESETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO SET ASIDE DEFAULT**

[Re: ECF No. 35]

Plaintiff has filed an administrative motion for leave to file an oversize brief in opposition to Defendant's motion to set aside default (ECF No. 29).  ECF No. 35.  Plaintiff requests 25 pages for the opposition, as opposed to the standard limit of 10 pages, including because of the complexity of the issues.  *Id.*

The Court GRANTS Plaintiff leave to file an opposition brief of **up to 15 pages**, which is the same length as Defendant's non-conforming opening brief.  Plaintiff SHALL refile the opposition brief by **July 30, 2026**.  Defendant SHALL file any reply brief (not to exceed 5 pages) on or before **August 6, 2026**.

**IT IS SO ORDERED.**

Dated:  July 23, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California