**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

|  |  |
|---|---|
| JOHN DOE, et al., | Case No. 26-cv-01865-BLF |
| Plaintiffs, | |
| v. | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE TO DECEMBER 3, 2026, AT 11:00 A.M.** |
| BRIGHTCHAMPS EDTECH LLC, | |
| Defendant. | |

Default has been entered against Defendant.  ECF No. 17.  Accordingly, the initial case management conference is hereby CONTINUED to December 3, 2026, at 11:00 a.m. by videoconference.  The parties SHALL file a joint case management statement on or before November 25, 2026.

**IT IS SO ORDERED.**

Dated:  July 24, 2026

_____
BETH LABSON FREEMAN
United States District Judge