United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

JOHN DOE, et al.,

        Plaintiffs,

   v.

BRIGHTCHAMPS EDTECH LLC,

        Defendant.

Case No.  26-cv-01865-BLF

**ORDER REGARDING DEFENDANT'S ADMINISTRATIVE MOTION; AND SUBMITTING MOTION TO SET ASIDE DEFAULT**

[Re: ECF Nos. 39, 42]

Before the Court is Defendant's administrative motion to coordinate the hearings on Plaintiff's motion for default judgment (ECF No. 23) and Defendant's motion to set aside default (ECF No. 39).  ECF No. 42.  The Court finds that Defendant's motion to set aside default is suitable for resolution without oral argument and VACATES the hearing thereon.  *See* Civ. L.R. 7-1(b).  The Court will resolve the motion to set aside default prior to the hearing on the motion for default judgment, which will remain as set on August 13, 2026, at 9:00 a.m.

     **IT IS SO ORDERED.**

Dated:  July 24, 2026

_____
BETH LABSON FREEMAN
United States District Judge